UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEGAN DUVAL** | **CIVIL ACTION** |
| **VERSUS** | **NO:** 22-2286 |
| **PHYSICIANS MEDICAL CENTER, LLC, SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES, INC., SP LOUISIANA, LLC, ANDREW KNIZELY, JEANNE OLIVIER, BRITTNEY SONNIER, TARA PELLEGRIN, SCOTT CHAPMAN, SANDRA VINCENT INSURANCE COMPANIES 1-10** | **SECTION: "D" (4)** |

### ORDER

Considering the parties' request to reset the evidentiary hearing,

**IT IS ORDERED** that the evidentiary hearing originally scheduled for **October 27, 2022**, is now reset to **November 1, 2022**, **at 9:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 3rd day of October 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**