UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEGAN DUVAL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2286** |
| **PHYSICIANS MEDICAL CENTER, LLC, SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES, INC., SP LOUISIANA, LLC, ANDREW KNIZELY, JEANNE OLIVIER, BRITTNEY SONNIER, TARA PELLEGRIN, SCOTT CHAPMAN, SANDRA VINCENT, AND XYZ INSURANCE COMPANIES 1-10** | **SECTION: "D" (4)** |

## ORDER

The Court held an evidentiary hearing on November 1, 2022, to address the issues raised in the **Emergency Motion for Revindication (R. Doc. 6)** filed by Defendants Surgery Partners, Inc., SP Management Services, Inc., SP Louisiana, LLC, and Physicians Medical Center, LLC ("PMC") (collectively, the "Defendants").

Accordingly,

**IT IS ORDERED** that counsel will formally submit into evidence, the exhibits shown during the evidentiary hearing, and mark the exhibits accordingly.

**IT IS FURTHER ORDERED** that counsel for Physicians Medical Center, LLC, will send the Court an encrypted flash drive of files containing sensitive information and separately give the Court access to the flash drive to view in camera. Physicians Medical Center, LLC, will send Plaintiff's counsel the contents of the encrypted files in a viewer for Attorneys Eyes Only.

**IT IS FURTHER ORDERED** that Plaintiff will retain a forensic expert to conduct a search of her personal email account and "Microsoft Surface Pro" device, for sensitive PMC files containing patient, financial, and/or policy information. The search is limited to Plaintiff's

testimony of what was contained in the files. To the extent Plaintiff's personal email account and/or "Microsoft Surface Pro" device contain PMC files, the forensic expert retained by Plaintiff shall provide a report to the Court via its Chambers email: eFile-Roby@laed.uscourts.gov. The report shall be sent simultaneously to the Court and all counsel by **December 2, 2022**.

**IT IS FURTHER ORDERED** that a status conference addressing the Orders contained herein and other matters related to the motion is set for **December 5, 2022, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 1st day of November 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**