MINUTE ENTRY
ROBY, M.J.
November 1, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEGAN DUVAL** | **CIVIL ACTION** |
| **VERSUS** | **NO:  22-2286** |
| **PHYSICIANS MEDICAL CENTER, LLC, SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES, INC., SP LOUISIANA, LLC, ANDREW KNIZELY, JEANNE OLIVIER, BRITTNEY SONNIER, TARA PELLEGRIN, SCOTT CHAPMAN, SANDRA VINCENT, AND XYZINSURANCE COMPANIES 1-10** | **SECTION: "D" (4)** |

JUDGE KAREN WELLS ROBY, PRESIDING

LAW CLERK:                                Amira Harmon
COURT REPORTER/RECORDER:   Nichelle Drake

Appearances:   **Charles Clarence Bourque, Jr. and David Winston Ardoin** for Plaintiff.
   **John Barrick Bollman, Rachel B. Cowen, and Duris Lee Holmes** for Defendants.

The Court held an evidentiary hearing on November 1, 2022, to address the issues raised in the **Emergency Motion for Revindication (R. Doc. 6)** filed by Defendants Surgery Partners, Inc., SP Management Services, Inc., SP Louisiana, LLC, and Physicians Medical Center, LLC ("PMC") (collectively, the "Defendants"). An Order was issued.

The following Exhibits were jointly consented to by Counsel and admitted in the following order:

   Exhibit 0 – Defendants Demonstrative

Exhibit 1 – Emails Between Roxanne Womack and Megan Duval (filed as Dkt. 6-5)
Exhibit 2 – Email of Sandra Vincent to Megan Duval (filed as Dkt. 6-6)
Exhibit 3 – File Listing of "Megan" Folder on 32 GB SanDisk
Exhibit 4 – Compendium of Sample Files in "Megan" Folder on 32 GB SanDisk
Exhibit 5 – Patrick Ring Affidavit (filed as Dkt. 26-3)
Exhibit 6 – Chad Gogh Declaration (filed as Dkt. 26-2)
Exhibit 7 – Emails between Rachel Cowen and C. Bourque.

**MJSTAR: 03:35**