UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEGAN DUVAL** | **CIVIL ACTION** |
| **VERSUS** | **NO:  22-2286** |
| **PHYSICIANS MEDICAL CENTER, LLC, SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES, INC., SP LOUISIANA, LLC, ANDREW KNIZELY, JEANNE OLIVIER, BRITTNEY SONNIER, TARA PELLEGRIN, SCOTT CHAPMAN, SANDRA VINCENT, AND XYZINSURANCE COMPANIES 1-10** | **SECTION: "D" (4)** |

## ORDER

Considering **Defendants' Motion to Reset Emergency Motion for Revindication for Evidentiary Hearing (R. Doc. 52)**, and given the fact that the evidentiary hearing was conducted on November 1, 2022,

**IT IS ORDERED** that the Defendants' **Motion to Reset Emergency Motion for Revindication for Evidentiary Hearing (R. Doc. 52)** is **DENIED as MOOT.**

New Orleans, Louisiana, this 10th day of November 2022.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**