UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN DUVAL | CIVIL ACTION |
| VERSUS | NO: 22-2286 |
| PHYSICIANS MEDICAL CENTER, LLC, ET AL | SECTION: D (4) |

## ORDER TO SHOW CAUSE

Defendant Sandra Vincent was served on October 21, 2022. (Rec. Doc. 50). Sandra Vincent has not made an appearance.

Accordingly, **IT IS ORDERED** that, absent an appearance by Sandra Vincent or request for entry of default upon Sandra Vincent, plaintiff(s) show cause on or before **November 29, 2022**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why this defendant should not be dismissed for plaintiff's failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this  15th  day of November 2022.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE