UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN DUVAL | CIVIL ACTION NO. 22-CV-02286 |
| **Plaintiff,** | SECTION "D" |
| VERSUS | JUDGE WENDY B. VITTER |
| PHYSICIANS MEDICAL CENTER, LLC, SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES, INC., SP LOUISIANA, LLC, ANDREW KNIZELY, JEANNE OLIVIER, BRITTNEY SONNIER, TARA PELLEGRIN, SCOTT CHAPMAN, SANDRA VINCENT, AND XYZ INSURANCE COMPANIES 1-10 | MAG. DIV. (4) MAGISTRATE JUDGE KAREN WELLS ROBY |
| **Defendants** | |

### DEFENDANTS' EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Defendants, Surgery Partners, Inc., SP Management Services, Inc., SP Louisiana, LLC, Sandra Vincent, Brittney Sonnier, Tara Pellegrin, Scott Chapman, and Jeanne Olivier (collectively referred to as "Defendants"), who respectfully request that this Court issue an Order allowing the withdrawal of Rebecca Sha (#35317) as its counsel of record and substituting Stephanie Poucher (#37263) of the law firm of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000 New Orleans, LA 70130 as its counsel in this matter.

Wherefore, Defendants respectfully pray that this Court grant their request and withdraw Rebecca Sha (#35317) and substitute Stephanie Poucher (#37263) as counsel for Defendants. Kim M. Boyle (#18133) of Phelps Dunbar, LLP will remain as counsel of record for Defendants.

PD.41342215.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Rebecca Sha*
        KIM M. BOYLE (La. #18133)
        REBECCA SHA (La. #35317)
        365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Facsimile: 504-568-9130
        Email: kim.boyle@phelps.com
              rebecca.sha@phelps.com

**ATTORNEYS FOR DEFENDANTS, SURGERY PARTNERS, INC., SP MANAGEMENT SERVICES INC., SP LOUISIANA, LLC, SANDRA VINCENT, BRITTNEY SONNIER, TARA PELLEGRIN, JEANNE OLIVIER, AND SCOTT CHAPMAN**

**AND**

**MCDERMOTT WILL & EMERY LLP**

  RACHEL B. COWEN (*pro hac vice*)
  J. BARRICK BOLLMAN (*pro hac vice*)
  444 W. Lake Street, Ste. 4000
  Chicago, IL 60606
  Telephone: (312) 372-2000
  rcowen@mwe.com
  bbollman@mwe.com

**ATTORNEYS FOR DEFENDANTS, SURGERY PARTNERS, INC., AND SP MANAGEMENT SERVICES INC., SP LOUISIANA, LLC**

2

PD.41342215.1