UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN DUVAL | CIVIL ACTION NO.: 22-cv-02286 |
|       Plaintiff, | |
| VERSUS | SECTION "D" |
| | JUDGE WENDY B. VITTER |
| PHYSICIANS MEDICAL CENTER, LLC, | MAG. DIV. (4) |
| SURGERY PARTNERS, INC., SP | MAGISTRATE JUDGE |
| MANAGEMENT SERVICES, INC., SP | KAREN WELLS ROBY |
| LOUISIANA, LLC ANDREW KNIZELY, | |
| JEANNE OLIVIER, BRITTNEY SONNIER, | |
| TARA PELLEGRAIN, SCOTT CHAPMAN, | |
| SANDRA VINCENT, AND XYZ | |
| INSURANCE COMPANIES 1-10 | |
|       Defendants, | |

## DEFENDANT ANDREW KNIZLEY'S STATUS REPORT

In accordance with the Court's Scheduling Order of March 22, 2023 (Rec. Doc. 78), defendant, Andrew Knizely submits the following Status Report:

(1) **A brief description of the basis for jurisdiction:**

Jurisdiction is established under 28 U.S.C. Section 1331 to the extent that plaintiff has claims under federal law under 28 U.S.C. Section 1367 for her state law claims to the extent they form part of the same case or controversy.

(2) **A listing of any discovery done:**

The parties have not participated in formal discovery but there is a protective order in place, the parties have held a Rule 26(f) conference, an d the parties have agreed to the exchange of initial disclosures.

**(3) A listing of any specialized discovery that may be involved in this matter:**

None.

**(4) Whether or not this matter should be fast-tracked for settlement:**

It is not necessary to fast-tract this case for settlement at this time.

BY ATTORNEYS:

FOIL LAW FIRM

BY: _____
Franklin J. Foil, #20660
Attorney at Law
412 North Fourth Street, Suite 240 (70802)
P. O. Box 4288
Baton Rouge, LA 70821-4288
Telephone: (225) 382-3264
Fax: (225) 382-3268
Email: ffoil@foillaw.com
Counsel of Record for Defendant,
**ANDREW KNIZLEY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Initial Disclosures have been mailed this date, postage prepaid, to all counsel of record.

Baton Rouge, Louisiana, this 25 day of March, 2023.

_____
Franklin J. Foil