MINUTE ENTRY
VITTER, J.
APRIL 3, 2023
JS10, 0:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MEGAN DUVAL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2286** |
| **PHYSICIANS MEDICAL CENTER, LLC, ET AL.** | **SECTION: D (4)** |

## TELEPHONE STATUS CONFERENCE REPORT

On April 3, 2023, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**David W. Ardoin, Charles C. Bourque, Jr.**
Counsel for Plaintiff, Megan Duval

**Duris L. Holmes**
Counsel for Defendant, Physicians Medical Center, LLC

**John B. Bollman**
Counsel for Defendants, Surgery Partners, Inc., SP Management Services, Inc., SP Louisiana, LLC, Jeanne Olivier, Brittney Sonnier, Tara Pellegrin, Scott Chapman, and Sandra Vincent

**Douglas A. Grimm**
Counsel for Defendant, Andrew Knizely

During the conference, the Court discussed with counsel the status of the case.

The deadlines set forth in the Court's Scheduling Order (R. Doc. 78) remain in effect.

New Orleans, Louisiana, April 3, 2023.

**WENDY B. VITTER**
**United States District Judge**