MINUTE ENTRY
ROBY, M.J.
October 25, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN DUVAL, ET AL. | CIVIL ACTION |
| VERSUS | NO:   22-2286 |
| PHYSICIANS MEDICAL CENTER, LLC et al. | SECTION: "D" (4) |

**JUDGE KAREN WELLS ROBY, PRESIDING**

LAW CLERK:                              Erin Wright
COURT REPORTER/RECORDER:    Karen Ibos

Appearances:        **David Ardoin**, for Plaintiffs.
                          **Kim M. Boyl**e and **Duris L. Holmes**, for Defendants.

Also Present:        Scott Duval, Plaintiff.

Motion of Defendants—Surgery Partners, Inc. ("SP"), SP Management Services, Inc. ("SP
               Management"), and SP Louisiana, LLC ("SP Louisiana") (collectively, the
               "SP Defendants"), and Physicians Medical Center, LLC ("PMC").

**Motion to Quash Subpoena and/or for Protective Order (R. Doc. 123)**

**INTERIM ORDER**

The above Motion came before the Court on an expedited basis on October 25, 2023.

Defendants seek an Order from this Court quashing the outstanding subpoenas issued by Plaintiffs

and/or for the entry of an appropriate protective order.  Plaintiffs oppose the motion.

During the hearing, counsel for Plaintiffs agreed to withdraw the subpoenas issued to

nonparties Surgical Information Systems, LLC, Health Information Associates, LLC, Harmony

Healthcare, LLC, and Kohler Healthcare Consulting, Inc.

The remaining subpoena was issued to nonparty Proskauer Rose, LLP, and seeks "all

reports, notes, draft, correspondence (including but not limited to emails, letters, text messages,

1

etc.) regarding the investigation performed by you regarding the allegations of discrimination and harassment and any other allegations at Physicians Medical Center, LLC, Surgery Partners, Inc., SP Management Services, Inc., and/or SP Louisiana, LLC." Proskauer Rose is a law firm that the SP Defendants engaged to investigate Ms. Duval's February 11, 2022 complaint of discrimination.

As to the request for a report, counsel for Defendants agreed to produce a redacted version of the final report that Prosauker Rose created as part of their work for Defendants in response to the subpoena. Defendants indicated that the report they provide would redact information related complaints made by other employees to which Ms. Duval is not entitled. The Court ordered Defendants to produce the redacted version to Plaintiffs and to produce a non-redacted version of the final report to the Court no later than November 3, 2023, ten days from the date of the hearing.

As to the request for the notes, draft, and correspondence supporting the final draft, during the hearing, it became apparent to both parties and the Court that more information is needed in order for the Court to fully consider whether the requested material is covered by the work-product privilege. Specifically, the Court must consider the timing of Defendants' retention of Proskauer Rose in relation to Ms. Duval's internal complaint to her superiors on February 11, 2022, Defendants' notification of potential legal action by Ms. Duval's counsel on February 18, 2022, and Ms. Duval's interview with Ms. Eichberger on February 21, 2022.

Accordingly, the Court issued the following interim orders, memorialized below.

**IT IS ORDERED** that Defendants shall supplement the record with email communications between February 11, 2022, and February 18, 2022, concerning the scheduling of Ms. Duval's interview with Ms. Eichberger on February 21, 2022, if they exist. If the records do not exist, then Defendants are ordered to provide an affidavit stating the same. Defendants shall supplement the record no later than **November 3, 2023**.

**IT IS FURTHER ORDERED** that Defendants shall provide the Court with an unredacted copy of Prosauker Rose's final report concerning Ms. Duval's complaint of discrimination. Defendants may email the report to the Court's efile address, efile-Roby@laed.uscourts.gov, **no later than November 3, 2023**.

**IT IS FURTHER ORDERED** that Defendants shall produce to Plaintiffs copy of Prosauker Rose's final report concerning Ms. Duval's complaint of discrimination subject to the above-described redactions **no later than November 3, 2023**.

New Orleans, Louisiana, this 26th day of October 2023.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

MJ STAR: 00:47