# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN DUVAL and <br> STANWOOD R. DUVAL <br><br> Plaintiffs, <br> v. <br><br> PHYSICIANS MEDICAL CENTER, LLC, <br> SURGERY PARTNERS, INC., <br> SP MANAGEMENT SERVICES, INC., <br> SP LOUISIANA, LLC, <br> ANDREW KNIZELY, <br> JEANNE OLIVIER, <br> BRITTNEY SONNIER, <br> TARA PELLEGRIN, <br> SCOTT CHAPMAN, <br> SANDRA VINCENT, and <br> XYZ INSURANCE COMPANIES 1-10, <br><br> Defendants. | Docket No. 2:22-cv-2286 <br><br> Section "D" <br> Div. "4" |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rule 41.2, Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate that this action and all claims including all possible counterclaims and defenses that could be asserted are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| **Date:  March 22, 2024** | Respectfully Submitted |
| **FOR PLAINTIFFS** | **FOR DEFENDANTS** |

/s/*David W. Ardoin*

**David Ardoin (L.B.N. 24282)**
**Preston L. Hayes (L.B.N. 29898)**
**AMO TRIAL LAWYERS, LLC**
604 West Third Street
Thibodaux, Louisiana 70301
Telephone: 985-446-3333
david@amotriallawyers.com

**Charles C. Bourque, Jr. (L.B.N. 20118)**
**ST. MARTIN & BOURQUE**
315 Barrow Street
Houma, Louisiana 70360
Telephone: 985-876-3891
cbourque@stmblaw.com

*Attorneys for Plaintiffs Megan Duval and Stanwood Duval*

/s/ *Barrick Bollman (with permission)*

**Kim M. Boyle (L.B.N. 18133)**
**Stephanie M. Poucher (L.B.N. 37263)**
**PHELPS DUNBAR LLP**
Canal Place, 365 Canal Street, Ste. 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
boylek@phelps.com
pouchers@phelps.com

**Rachel Cowen (*pro hac vice*)**
**J. Barrick Bollman (*pro hac vice*)**
**MCDERMOTT WILL & EMERY LLP**
444 W. Lake Street, Ste. 4000
Telephone: 312-372-2000
rcowen@mwe.com
bbollman@mwe.com

*Attorneys for Defendants Surgery Partners, Inc., SP Management Services, Inc., SP Louisiana, LLC, Jeanne Olivier, Brittney Sonnier, Tara Pellegrin, Scott Chapman, and Sandra Vincent*

/s/ *Duris Holmes (with permission)*

**Duris L. Holmes (L.B.N. 17629)**
**DEUTSCH KERRIGAN LLP**
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504-581-5141
dholmes@deutschkerrigan.com

*Attorney for Defendant Physicians Medical Center, Inc.*

/s/ *Franklin Foil (with permission)*

**Franklin J. Foil (L.B.N. 20660)**
**FOIL LAW FIRM**
412 N. Fourth Street, Ste. 240, P.O. Box 4288
Baton Rouge, Louisiana 70821
Telephone: 225-382-3264
ffoil@foillaw.com

**Douglas A. Grimm (*pro hac vice*)**
**ARENT FOX SCHIFF, LLP**
1717 K Street, NW
Washington, DC 20006
Telephone: 202-857-6370
Douglas.grimm@afslaw.com

*Attorneys for Defendant Andrew Knizley*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this 22nd day of March, 2024, filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*David W. Ardoin*
**DAVID W. ARDOIN (L.B.N. 24282)**